| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC** <br> 130 Clinton Road, Suite 202 <br> Fairfield, NJ 07004 <br> Telephone Number 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Harold Kaplan, Esq. (HK-0226) | CASE NO.: 18-29602-CMG <br><br> CHAPTER 13 <br><br><br> **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** <br> **Cynthia A Harris,** <br>         **Debtor.** | |

## **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 4), and states as follows:

1. Debtor, Cynthia A Harris, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 2, 2018.

2. Secured Creditor holds a security interest in the Debtor's real property located at 505 WILLIAM STREET, TRENTON, NJ 08610, by virtue of a Mortgage recorded on April 11, 2007 in Book 9800, at Page 713 of the Public Records of Mercer County, NJ. Said Mortgage secures a Note in the amount of $200,000.00.

3. The Debtor filed a chapter 13 plan on October 2, 2018.

4. The Plan includes payments toward the Note and Mortgage with Secured Creditor, however the figures used by the Debtor are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $6,672.93, whereas the Plan proposes to pay only $3,243.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $6,672.93 as the pre-petition arrearage over the life of the plan.

5. The Plan does not appear feasible due to inadequate treatment of Secured Creditor's claim. Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

    RAS Citron, LLC
    Attorney for Secured Creditor
    130 Clinton Road, Suite 202
    Fairfield, NJ 07004
    Telephone Number 973-575-0707

    By: /s/Harold Kaplan
    Harold Kaplan, Esquire
    NJ Bar Number  HK-0226
    Email: hkaplan@rasnj.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Harold Kaplan, Esq. (HK-0226) | CASE NO.: 18-29602-CMG<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br>**Cynthia A Harris,**<br>     **Debtor.** | |

# CERTIFICATION OF SERVICE

1. I, Harold Kaplan, represent NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER in this matter.

2. On 10/31/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

10/31/2018

                                                    RAS Citron, LLC
                                                    Attorney for Secured Creditor
                                                    130 Clinton Road, Suite 202
                                                    Fairfield, NJ 07004
                                                    Telephone Number 973-575-0707

                                                    By: /s/Harold Kaplan
                                                    Harold Kaplan, Esquire
                                                    NJ Bar Number  HK-0226
                                                    Email: hkaplan@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Stephanie F. Ritigstein<br>Jenkins and Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Cynthia A Harris<br>505 William Street<br>Trenton, NJ 08610 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |