Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Fay Servicing LLC as servicer for
Wilmington Trust, National Association, not in its individual capacity, but solely
As Trustee for MFRA Trust 2014-2
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 18-29602 |
| | CHAPTER: 13 |
| Cynthia A. Harris | HON. JUDGE.: CHRISTINE M. GRAVELLE |
| | HEARING DATE: **DECEMBER 5, 2018 AT 10:00 AM** |
| Debtor | |

-----------------------------------------------------------------X

### NOTICE OF OBJECTION TO CONFIRMATION OF PLAN

**PLEASE TAKE NOTICE** that Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely As Trustee for MFRA Trust 2014-2 ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s), by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan on grounds including:

1. Debtor(s) plan fails to provide for the claim of Secured Creditor. The objecting creditor is due arrears of approximately $1,091.15 which will be set forth in a Proof of Claim to be filed prior to bar date.

2. Debtor(s) seeks to modify the rights of Secured Creditor, which is the holder of a claim secured only by a security interest in real property that is the principal residence of the

debtor(s). Debtor(s) proposed plan seeks to cramdown Secured Creditor's claim. The Debtor(s) cannot attempt to cramdown Secured Creditor's claim through Debtor(s) plan. The Debtor(s) must file a motion in order to cramdown a secured claim. As the Debtor(s) have failed to file a motion, confirmation of Debtor(s) plan should be denied.

3. Secured Creditor further objects to confirmation of this proposed plan as Secured Creditor believes that the value of the property is higher than the amount owed on the first lien. Therefore, confirmation of the proposed plan must be denied, pending a formal valuation of the property.

4. Debtor(s) proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

5. Debtor(s) proposed plan does not provide that Secured Creditor retain its lien.

6. Debtor(s) proposed plan is not feasible.

7. Debtor(s) proposed plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C § 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

FRIEDMAN VARTOLO LLP
85 Broad Street Suite 501
New York, New York 10004
Attorneys for Secured Creditor,
Fay Servicing LLC as servicer for
Wilmington Trust, National
Association, not in its individual
capacity, but solely
As Trustee for MFRA Trust 2014-2

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.

Date: November 2, 2018

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>Attorneys for Fay Servicing LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely<br>As Trustee for MFRA Trust 2014-2 | Case No.: | 18-29602 |
| | Chapter: | 13 |
| In Re:<br>Cynthia A Harris | Adv. No.: | |
| | Hearing Date: | December 5, 2018 at 10:00 AM |
| | Hon. Judge: | Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Theodore Weber :

    ☐ represent _____ in the this matter.

    ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents Fay Servicing LLC in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On November 2, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Objection to Confirmation of Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 2, 2018                   /s/ Theodore Weber
                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cynthia A Harris<br>505 William Street<br>Trenton, NJ 08610 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Stephanie F. Ritigstein<br>Jenkins and Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |